1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT MORRIS,

11          Plaintiff,                    No. CIV S-06-2936 LKK GGH P

12       vs.

13   D. HICKINSON, et al.,

14          Defendants.

15   _____/          ORDER

16   _____On March 16, 2007, the court issued an order finding that the complaint stated

17   colorable claims for relief against defendants Hickinson, Fry and Herrera.  The court found that

18   plaintiff failed to state a colorable claim for relief against defendants Hardy, Rhoden, Carey,

19   Nuehring, Terrazas, Melgoza and Crawford.  Plaintiff was granted thirty days to file an amended

20   complaint.

21          On April 11, 2007, plaintiff filed a notice with the court stating that he wished to

22   proceed on the colorable claims against defendants Hickinson, Fry and Herrera, and to

23   "withdraw" the claims against defendants Hardy, Rhoden, Carey, Nuehring, Terrazas, Melgoza

24   and Crawford.  The court construes plaintiff's April 11, 2007, pleading to be a request to

25   voluntarily dismiss those named defendants. Fed. R. Civ. P. 41(a).

26   /////

1

1    Plaintiff has requested the appointment of counsel.  The United States Supreme

2  Court has ruled that district courts lack authority to require counsel to represent indigent

3  prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

4  certain exceptional circumstances, the court may request the voluntary assistance of counsel

5  pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

6  Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

7  does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

8  counsel will therefore be denied.

9    In accordance with the above, IT IS HEREBY ORDERED that:

10    1.  Pursuant to Rule 41(a), the Clerk shall record as dismissed defendants Hardy,

11  Rhoden, Carey, Nuehring, Terrazas, Melgoza and Crawford;

12    2.  Plaintiff's April 11, 2007, motion for appointment of counsel is denied;

13    3.  Service is appropriate for the following defendants:  Hickinson, Fry and

14  Herrera.

15    4.  The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons,

16  an instruction sheet and a copy of the complaint filed December 29, 2006.

17    5.  Within thirty days from the date of this order, plaintiff shall complete the

18  attached Notice of Submission of Documents and submit the following documents to the court:

19    a.  The completed Notice of Submission of Documents;

20    b.  One completed summons;

21    c.  One completed USM-285 form for each defendant listed in number 3

22    above; and

23    d.  Four copies of the endorsed complaint filed December 29, 2006.

24    6.  Plaintiff need not attempt service on defendants and need not request waiver of

25  service.  Upon receipt of the above-described documents, the court will direct the United States

26  /////

1   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

2   without payment of costs.

3   DATED: 6/18/07                                    /s/ Gregory G. Hollows

4                                                     _____
                                                      UNITED STATES MAGISTRATE JUDGE

5

6   mo2936.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

          Plaintiff,                   No. CIV S-06-2936 LKK GGH P

    vs.

D. HICKINSON, et al.,              NOTICE OF SUBMISSION

          Defendants.          OF DOCUMENTS

_____/

          Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

              _____       completed summons form

              _____       completed USM-285 forms

              _____       copies of the _____

                         Complaint/Amended Complaint

DATED:

                         _____

                         Plaintiff