IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MORRIS,** | CIV S-06-2936 LKK GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **D. HICKISON, et al.,** | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**:  good cause having been shown, Defendants' request for an extension of time to file a responsive pleading in this matter is GRANTED. Defendants shall have until Wednesday, October 17, 2007, to file an answer or other responsive pleading.

DATED: 9/18/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mo2936.eot

1