IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**ROBERT MORRIS,**

Plaintiff,

v.

**D. HICKINSON, et al.,**

Defendants.

Case No.: 2:06-CV-2936 LKK GGH P

**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**

On June 19, 2008, Defendants filed a first request for extension of time of fourteen days, up to and including July 4, 2008, within which to file their Objections to the Findings and Recommendations (Docket No. 27).

Good cause appearing, Defendants' request is granted.

**IT IS SO ORDERED.**

Dated: 06/26/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

mo2936.eot(def)

1