IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

    Plaintiff,                     No. CIV S-06-2936 LKK GGH P

    vs.

D. HICKINSON, et al.,

    Defendants.          <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 2, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The findings and recommendations filed June 2, 2008 are adopted in full;

3  2.  Defendants' September 26, 2007, motion to dismiss (Docket #17) is granted as
4  to plaintiff's due process, equal protection, FEHA and Title VII claims;

5  3.  Defendants' motion is denied in all other respects; and

6  4.  Defendants are ordered to file an answer addressing plaintiff's retaliation
7  claims within twenty days of the date of this order.

DATED:  August 19, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT