IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

        Plaintiff,                     No. CIV S-06-2936 LKK GGH P

    vs.

D. HICKINSON, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On September 12, 2008, plaintiff filed a request for entry of default. This request is denied for the following reasons.

        On June 2, 2008, the court recommended that defendants motion to dismiss be denied in part. The court also ordered defendant Hickison to file an answer to plaintiff's Eighth Amendment claims within twenty days of the district court's adoption of the findings and recommendations. On August 20, 2008, the district court adopted the June 2, 2008, findings and recommendations and ordered defendants to file an answer within twenty days.

        On September 8, 2008, defendants filed a timely answer. Accordingly, plaintiff's request for entry of default is denied.

        On September 22, 2008, plaintiff filed a motion for a settlement conference. Unless all parties desire a settlement conference, it has been the undersigned's experience in

1

1  these type of cases that the case will not settle.  Accordingly, the motion is denied.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1.  Plaintiff's September 12, 2008, request for entry of default (# 39) is denied;

4         2.  Plaintiff's September 22, 2008, motion for a settlement conference (# 41) is

5  denied.

6  DATED: 10/24/08

                                                      /s/ Gregory G. Hollows

                                                 UNITED STATES MAGISTRATE JUDGE

mor2936.ord