```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ROBERT MORRIS,
11            Plaintiff,                        No. CIV S-06-2936 LKK GGH P
12       vs.
13   D. HICKINSON, et al.,
14            Defendants.                       ORDER
15                                       /
```

On October 6, 2008, plaintiff filed a motion for an order pursuant to Fed. R. App. P. 23.  Plaintiff requests that the court order the Warden not to transfer him to a different prison during the pendency of this action.  The grounds of this request are that plaintiff will not be able to continue receiving help from his jailhouse lawyer if he is transferred.

Fed. R. App. P. 23 concerns the transfer of custody of inmates who are proceeding with habeas corpus actions.  Because the instant motion is not properly brought, it is denied. Plaintiff's request for relief is more properly raised in a motion for injunctive relief.  However, such a motion would most likely be denied because prisoners have no constitutional right to be housed in a particular prison.  Olim v. Wakinekona, 461 U.S. 238, 103 S.Ct. 1741 (1983); see also Meachum v. Fano, 427 U.S. 215, 96 S.Ct. 2532 (1976)(concluding a prisoner has no liberty interest in which prison he is housed).

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's October 6, 2008, request for relief pursuant to Fed. R. Civ. P. 23 (# 43) is denied.

DATED: 10/29/08

/s/ Gregory G. Hollows

————————————————
UNITED STATES MAGISTRATE JUDGE

mor2936.ord(2)