IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MORRIS,** | Case No. 2:06-CV-2936 LKK GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **D. HICKISON, et al.,** | |
| Defendants. | |

On January 14, 2009, Defendants Hickison, Fry and Herrera filed a request for extension of time of thirty days, up to and including February 16, 2009, within which to respond to Plaintiff's Interrogatories, Requests for Production of Documents, and Requests for Admissions.

Given that discovery in this action is cutoff as of March 6, 2009, defendants' request is excessive. Defendants Hickison, Fry and Herrera's request is granted, but only for 14 *calendar* days from the signed date of this order, i.e., January 30, 2009.

**IT IS SO ORDERED.**

Dated: January 16, 2009

/s/ Gregory G. Hollows
_____
U.S. DISTRICT/MAGISTRATE JUDGE

morr2936.eot

*[Proposed] Order Granting Defendants' Request for Extension of Time*

1