IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

     Plaintiff,                    No. CIV S-06-2936 LKK GGH P

    vs.

D. HICKINSON, et al.,

     Defendant.               ORDER

_____/

       On June 16, 2009, plaintiff filed a motion requesting modification of the scheduling order.

       Pursuant to the October 31, 2008, scheduling order, all pretrial motions except motions to compel are due on or before August 7, 2009.  On June 12, 2009, the court authorized plaintiff to file a motion to compel within thirty days.  On July, 7, 2009, plaintiff filed his motion to compel.  Because it is unlikely that this motion will be resolved before August 7, 2009, plaintiff's motion to modify the scheduling order is granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's June 16, 2009, motion to modify the scheduling order (no. 64) is granted;

/////

2. The pretrial motion cut-off date of August 7, 2009, is vacated and re-set to October 9, 2009.

DATED: July 13, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

mo2936.ord