IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

    Plaintiff,                        No. 2:06-cv-2936 LKK KJN P

    vs.

D. HICKISON,

    Defendant.                      ORDER

         Plaintiff is a state prisoner proceeding without counsel. On September 27, 2010, plaintiff filed a motion for transfer of plaintiff to attend the jury trial. Plaintiff is advised that the court will issue a writ of habeas corpus ad testificandum for his attendance at trial approximately six weeks prior to the trial. It is not necessary for plaintiff to file a motion for his own attendance at the trial. Therefore, plaintiff's motion will be denied as unnecessary.

         IT IS HEREBY ORDERED that plaintiff's September 27, 2010 motion is denied. (Dkt. No. 114.)

DATED: October 7, 2010

                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE

morr2936.app