UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

        Plaintiff,           No. 2:06-cv-2936 LKK KJN P

  vs.

D. HICKINSON, et al.,

        Defendants.      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Robert Morris, inmate # D-13147, a necessary and material witness in a settlement conference in this case on November 17, 2010, is confined in Folsom State Prison, 300 Prison Road, Represa, California, 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #3 on November 17, 2010 at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Folsom State Prison, P. O. Box 910, Represa, California, 95763:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  November 8, 2010

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

morr2936.841