UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

        Plaintiff,                  No. 2:06-CV-2936 LKK KJN

vs.

D. HICKINSON, et al.,

                               **AMENDED**
        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/   **AD TESTIFICANDUM**

        Robert Morris, inmate # D-13147, a necessary and material witness in a settlement conference in this case on November 17, 2010, is confined in Folsom State Prison, 300 Prison Road, Represa, California, 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #3 on November 17, 2010 **at 11:00 a.m.**

        ACCORDINGLY, IT IS ORDERED that:

        1.  This shall amend the writ issued November 8, 2010, solely as to the commencement time of the settlement conference and hence the timing of plaintiff's attendance;

        2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Folsom State Prison, P. O. Box 910, Represa, California, 95763:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  November 12, 2010

                                          _/s/ Kendall J. Newman_
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

morr2936.841(b).amd